GARY E. WEISS (State Bar No. 122962)
P. WAYNE HALE (State Bar No. 221492)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     (650) 614-7400
Facsimile:     (650) 614-7401

Attorneys for Plaintiff
Applied Materials, Inc.

**E-filed 1/24/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLIED MATERIALS, INC., a Delaware corporation,

Plaintiff,

v.

LTD CERAMICS, INC., a California Corporation; and
DON SWEETNAM, an individual;

Defendants.

CASE NO.  C01-20478 JF PVT ADR

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL SUBJECT TO CONFIDENTIAL SETTLEMENT AGREEMENT RE LTD CERAMICS, INC. AND DON SWEETNAM**

Orrick
Herrington
& Sutcliffe LLP
Silicon Valley

DOCSSV1:440772.1

STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF LTD CERAMICS, INC. AND DON SWEETNAM

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to the confidential October 24, 2003 Settlement Agreement and Mutual Release entered into by the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated by and between Plaintiff APPLIED MATERIALS, INC. and Defendants LTD CERAMICS, INC. ("LTD") and DON SWEETNAM, by and through their respective counsel, and the Court is requested to order, that this action shall be dismissed, in its entirety, with prejudice, as against Defendants LTD and Don Sweetnam, with each party bearing its own costs, including attorneys fees, in accordance with the agreement of the parties, with no admission of liability by any party. The Court is requested to retain jurisdiction to enforce the agreement of the parties, which agreement has been lodged with the Court, under seal, upon a request by either party that specific terms of the agreement be enforced.

Dated: December 27, 2005     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
P. Wayne Hale
Attorneys for Plaintiff Applied Materials, Inc

Dated: December 27, 2005     TRUMP ALIOTO TRUMP & PRESCOTT, LLP

_____
Attorneys for Ltd Ceramics, Inc. and Don Sweetnam

DOCSSV1:440772.1

STIPULATION AND [PROPOSED ORDER] REGARDING DISMISSAL OF LTD CERAMICS, INC. AND DON SWEETNAM

-1-

Orrick
Herrington
& Sutcliffe LLP
Silicon Valley

# ORDER

IT IS HEREBY ORDERED that pursuant to the October 24, 2003 Settlement Agreement and Mutual Release, this action shall be, and hereby is, dismissed, in its entirety, with prejudice, as against Defendants LTD Ceramics, Inc. and Don Sweetnam, with each party bearing its own costs, including attorneys fees. The Court retains jurisdiction to enforce the agreement of the parties, upon request by any party, which agreement has been lodged with the Court under seal, only upon a request by either party that specific terms of the agreement be enforced.

Dated: 1/24/06

_____, JEREMY FOGEL
United States District Court Judge

Orrick
Herrington
& Sutcliffe LLP
Silicon Valley

DOCSSV1:440772.1

-2-

STIPULATION AND [PROPOSED ORDER] REGARDING DISMISSAL OF LTD CERAMICS, INC. AND DON SWEETNAM